UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEATHER JUDY,

    Plaintiff,                                          Case No. 3:15-cv-349

    vs.

COMMISSIONER OF                           District Judge Thomas M. Rose
SOCIAL SECURITY,                          Magistrate Judge Michael J. Newman

    Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #11) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**; and

3. This case is terminated on the docket of this Court.


Date: February 17, 2017                                *s/Thomas M. Rose
                                                                  _____
                                                                  THOMAS M. ROSE
                                                                  UNITED STATES DISTRICT JUDGE